ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/28/2015 10:21:43 AM
KEITH HOTTLE
CLERK

# THE LAW OFFICE OF HILDA GONZALEZ GARZA, P.L.L.C.
## 205 EAST 5TH ST.
## RIO GRANDE CITY, TEXAS 78582
### TEL: (956) 263-1870
### FAX: (956) 263-1871
### hilda_garza.lawoffice@aol.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

5/28/2015 10:21:43 AM

KEITH E. HOTTLE
Clerk

May 28, 2015

Honorable Justice Rebecca C. Martinez                    *Via Electronic Filing*
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

**RE:   Cause No. CC-14-89; In the Marriage of Pedro Marquez and Lisa A. Watkins; In County at Law of Starr County, Texas**

**RE: Court of Appeals Number 04-15-00010-CV; In the Matter of the Marriage of Pedro Marquez, Jr. and Lisa A. Watkins; In the Fourth Court of Appeals, San Antonio, Texas**

Honorable Justice Rebecca C. Martinez:

In response to the "Notification of Late Record" filed by the court reporter Gay Richey on May 26, 2015 on the above-mentioned matter, please be advised that I am still waiting to be properly billed for the Official Transcript of the hearing that lasted no more than two hours on the Bill of Review. Although, there were other brief hearings, on perhaps two other occasions that may have lasted no more than fifteen minutes, I am unaware if these other hearings were transcribed or not by Ms. Richey. Therefore, justifying a bill by Ms. Richey that in essence totals $904.00.

On December 11, 2014, Ms. Richey accepted payment in the amount of $300.00 for Official Transcript of the hearing on the Bill of Review. I also asked that if there was a balance owed to her for her services that she let my office know as soon as possible. I had not heard from Ms. Richey again, in spite of numerous phone calls and emails to her. On May 20, 2015, she called my office to inform me that there was a balance of $594.00 still owed to her (On May 26, 2015, Ms. Richey changed that amount to $604.00). An itemized invoice of the fee was requested verbally and by email, as attached as Exhibit 1. On Friday, May 22, 2015 at 4:51pm, Ms. Richey called my office demanding payment. When asked to provide the itemized invoice that was previously requested from her, Ms. Richey became defensive and said she was too busy to prepare a billing statement. She said the amount billed was correct since she tracked her time because

she "chicken scratched it somewhere." As you can imagine, I cannot call my client, who has already spent a significant amount of money on legal fees and other court costs, and ask him to pay for something that is not properly billed.

My client is asking that Ms. Richey please provide an invoice that explains a breakdown of the $906.00 that she is billing for. This is not an unreasonable request. Further, I would like to inform this court that my client is not withholding payment. He is willing to pay for the Official Transcript of the hearing on the Bill of Review as promptly as he receives an itemized invoice with the rate and fees of what he is being billed for.

Should the Court have any other questions or concerns, please do not hesitate in contacting me.

Sincerely,

/s/ Hilda Gonzalez Garza
Hilda Gonzalez Garza
Attorney at Law

Encl.
mss/hgg

**From:** Hilda Gonzalez Garza <hilda_garza.lawoffice@aol.com>
**To:** grrcourtreporting <grrcourtreporting@aol.com>
**Subject:** Court of Appeals Number 04-15-00010-CV; In the Matter of the Marriage of Pedro Marquez, Jr. and Lisa A. Watkins; In the Fourth Court of Appeals, San Antonio, Texas
**Date:** Wed, May 20, 2015 4:49 pm

Ms. Richey,

I understand that there is a balance owed to you on the above-mentioned case. Please forward an itemized invoice for the transcript so that I may explain to my client a break down of what is being charged and so that you may be paid as soon as possible. Please fax invoice to my office 956-263-1871 or email it to me. I thank you in advance for your prompt reply.

Hilda Gonzalez Garza
Attorney at Law

205 East Fifth Street
Rio Grande City, Texas 78582
956-263-1870 Office
956-263-1871 Fax
hilda_garza.lawoffice@aol.com

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

**EXHIBIT 1**